# MEMORANDUM CASES.

[Civ. No. 1282.   Second Appellate District.—March 20, 1913.]

## J. M. MOYER, Appellant, v. C. J. TAYLOR, Respondent.

TAXATION—TAX-SALES AND TITLES—JUDGMENT AND ORDER AFFIRMED ON authority of *Henderson* v. *Ward, ante,* p. 520.

APPEAL from a judgment of the Superior Court of Los Angeles County and from an order refusing a new trial. Charles Monroe, Judge.

The facts are similar to those stated in *Henderson* v. *Ward, ante,* p. 520.

Charles Lantz, and W. J. Wood, for Appellant.

Carter, Kirby & Henderson, for Respondent.

THE COURT.—The facts of this case are similar and the points involved the same as those considered in the case of *Henderson* v. *Ward,* Civil No. 1279, this day decided, *ante,* p. 520, [132 Pac. 470]. For the reasons given in the opinion filed in that case, the judgment and order denying the motion for a new trial are affirmed

---

[Civ. No. 1281.   Second Appellate District.—March 20, 1913.]

## H. G. HENDERSON, Administrator of the Estate of Eldridge W. Little, Deceased, Respondent, v. E. E. BOSTWICK, Appellant.

TAXATION—TAX-SALES AND TITLES.—Judgment and order affirmed on authority of *Henderson* v. *Ward, ante,* p. 520.

APPEAL from a judgment of the Superior Court of Los Angeles County and from an order refusing a new trial. Charles Monroe, Judge.

The facts are similar to those stated in *Henderson* v. *Ward*, *ante*, p. 520.

C. A. Stice, and Charles Lantz, for Appellant.

Carter, Kirby & Henderson, for Respondent.

THE COURT.—The facts of this case are similar and the points involved the same as those considered in the case of *Henderson* v. *Ward*, Civil No. 1279, this day decided, *ante*, p. 520, [132 Pac. 470]. For the reasons given in the opinion filed in that case, the judgment and order denying the motion for a new trial are affirmed